# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRIAN WALSH and EILEEN WALSH,<br><br>  Plaintiffs,<br><br>v.<br><br>CLIENT SERVICES, INC.,<br><br>  Defendant. | Case No.: 4:21-cv-00976-SRC<br><br>Honorable Stephen R. Clark |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that BRIAN WALSH and EILEEN WALSH ("Plaintiffs") and CLIENT SERVICES, INC. ("Defendant") hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: December 31, 2021

Respectfully submitted,

BRIAN WALSH and EILEEN WALSH

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

      I, Mohammed O. Badwan, certify that on December 2, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

      /s/ *Mohammed O. Badwan*